1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16
17

| | |
|---|---|
| JOSEPH REAGAN and GAIL REAGAN, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive, <br><br> Defendants. | No.  2:12-cv-02365-MCE-KJN <br><br><br> **MEMORANDUM AND ORDER** |

18    Presently before the Court is a motion by Defendant Wells Fargo Bank, N.A.

19  ("Defendant") to dismiss the Complaint of Plaintiffs Joseph and Gail Reagan ("Plaintiffs")

20  for failure to state a claim upon which relief may be granted pursuant to Federal Rule of

21  Civil Procedure 12(b)(6).  (ECF No. 4.)  Plaintiffs have failed to file a timely Opposition to

22  Defendant's Motion.

23    Pursuant to Local Rule 78-230(c), opposition to a motion must be filed not less

24  than fourteen (14) days prior to the date of the hearing.  The date of the hearing on

25  Defendant's Motion was set for November 1, 2012.  Fourteen (14) days prior to the

26  hearing was October 18, 2012.  No opposition was filed as required.  In light of the fact

27  that no opposition was filed by Plaintiffs, Defendant's Motion to Dismiss (ECF No. 4) is

28  GRANTED with leave to amend.

1    Plaintiff may file an amended complaint not later than twenty (20) days after the
2  date this Memorandum and Order is filed electronically.  If no amended complaint is filed
3  within said twenty- (20) day period, without further notice, Plaintiffs' claims will be
4  dismissed without leave to amend.
5    IT IS SO ORDERED.
6  Dated:  October 23, 2012
7
8                                    MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28