UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH REAGAN and GAIL REAGAN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive,<br><br>Defendants. | No.  2:12-cv-02365-MCE-KJN<br><br>**MEMORANDUM AND ORDER** |

Presently before the Court is a motion by Defendant Wells Fargo Bank, N.A. ("Defendant") to dismiss the Complaint of Plaintiffs Joseph and Gail Reagan ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 4.)  Plaintiffs have failed to file a timely Opposition to Defendant's Motion.

Pursuant to Local Rule 78-230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing on Defendant's Motion was set for November 1, 2012.  Fourteen (14) days prior to the hearing was October 18, 2012.  No opposition was filed as required.  In light of the fact that no opposition was filed by Plaintiffs, Defendant's Motion to Dismiss (ECF No. 4) is GRANTED with leave to amend.

1

1    Plaintiff may file an amended complaint not later than twenty (20) days after the
2 date this Memorandum and Order is filed electronically.  If no amended complaint is filed
3 within said twenty- (20) day period, without further notice, Plaintiffs' claims will be
4 dismissed without leave to amend.
5    IT IS SO ORDERED.
6 Dated:  October 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE